```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1-6-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAKE HOLDING & FINANCE S.A.,

                  Petitioner,

v.

MIKHAIL BELYAK, *et al.*,

                  Respondents.

No. 20-MC-652 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On December 23, 2020, the Court referred this petition for an order to take discovery for use in foreign proceedings pursuant to 28 U.S.C. § 1782 to Magistrate Judge Fox. Dkt. 15. On January 5, 2021, Petitioner filed a notice of consent to have Judge Fox conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings. *See* Dkt. 16.

    28 U.S.C. § 636(c) permits a magistrate judge to conduct all proceedings in a case, but only upon the consent of all parties. Proceeding before a magistrate judge may be beneficial to parties because it conserves resources, promotes judicial efficiency, and allows for a faster disposition than would proceeding before a district court judge. However, the parties are not obligated to consent to proceed before a magistrate if they do not wish to do so.

    If Respondents consent to proceed before Judge Fox, no later than January 20, 2021, the parties shall submit to the Orders & Judgments Clerk at judgments@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge). If the Court approves that form, all further proceedings will then be conducted before Judge Fox rather than before me. Any appeal would be taken

directly to the United States Court of Appeals for the Second Circuit, as it would be from this Court if the consent form were not signed and so ordered. An information sheet on proceedings before magistrate judges is also attached to this Order. Respondents are free to withhold consent to conducting all further proceedings before Judge Fox without negative consequences.

SO ORDERED.

Dated:    January 6, 2021
         New York, New York

_____
Ronnie Abrams
United States District Judge

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| *Plaintiff* <br> v. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. <br> ) <br> ) |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**Reference Order**

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____                                                        _____
*District Judge's signature*

_____
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.